UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARK E. HURST,

    Plaintiff,

v.

STATE OF OHIO, et al.,

    Defendant.

Case No. 2:14-cv-2594
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on January 28, 2015. (ECF No. 2.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this action is **DISMISSED** in its entirety. The Clerk is **DIRECTED** to mail a copy of the complaint, the Report and Recommendation, and this Order to the defendants.

**IT IS SO ORDERED.**

3-19-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE