AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARK E. HURST,**

       **Plaintiff,**

**v.**

**STATE OF OHIO, et al.,**

       **Defendants.**

**JUDGMENT IN A CIVIL CASE**

CASE NO.  2:14-CV-2594
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

\_\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed March 20, 2015, JUDGMENT is entered DISMISSING this case.**

Date:  March 20, 2015

RICHARD E. NAGEL, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk